

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-90,916-01

### EX PARTE GERALD DALE HENDRIX, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 14-DCR-066276C-HC-1 IN THE 458TH DISTRICT COURT
### FROM FORT BEND COUNTY

*Per curiam.*

### O R D E R

Applicant pleaded guilty to engaging in organized criminal activity and was sentenced to six years' imprisonment. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

The trial court entered an order designating issues regarding Applicant's habeas claims and ordered trial counsel to provide a responsive affidavit. The habeas record forwarded to this Court, however, has no response from trial counsel or findings from the trial court resolving the designated issues. This habeas application is remanded to the 458th District Court of Fort Bend County to allow the trial judge to complete an evidentiary investigation and enter findings of fact and conclusions of law.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed:March 11, 2020
Do not publish